THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Christian Paul
 Harris, Appellant.
 
 
 

Appeal From Charleston County
 Roger M. Young, Circuit Court Judge

Unpublished Opinion No. 2009-UP-280
Submitted May 1, 2009  Filed June 3, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney Salley W. Elliott, all of
 Columbia; and Solicitor Scarlett
 A. Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Christian
 Paul Harris appeals his guilty plea and sentence for criminal sexual conduct
 with a minor first degree, arguing the plea court abused its discretion by
 considering the statements of the victim and her mother.  After a thorough review of the record and counsels
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.